**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

STEPHEN WARREN, *et al.,*

        Plaintiffs,

vs.

AUSTIN EUGENE LINDSEY, *et al.,*

        Defendants.

3:13-cv-00333-RCJ-VCF

**ORDER**

Before the Court is Plaintiffs' Motion to Amend Complaint filed on April 23, 2014. (#68). Plaintiffs seek to amend the Second Amended Complaint. *Id.* To date, no opposition has been filed.

Pursuant to Local Rule 7-2 (d), "[t]he failure of an opposing party to file points and authorities in response to any motions shall constitute a consent to the granting of the motion." The time to file an opposition has passed and Defendants have not filed an opposition to Plaintiffs' instant motion. Thus, Plaintiffs' Motion to Amend Complaint (#68) is granted.

Under Local Rule 15-1 (b), "[a]fter the Court has filed its order granting permission to amend, the moving party shall file and serve the amended pleading." Plaintiffs have until June 13, 2014 to file and serve the Third Amended Complaint (as attached to the Motion to Amend Complaint (#68)).

Accordingly and for good cause shown,

IT IS HEREBY ORDERED that Plaintiffs' Motion to Amend Complaint (#68) is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs have until June 13, 2014 to file and serve the Third Amended Complaint.

…

IT IS FURTHER ORDERED that Defendants' Motion for Leave to Amend Answer (#69) is DENIED as MOOT.

DATED this 2nd day of June, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE