# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| STEPHEN WARREN, *et al.*, | |
| Plaintiffs, | 3:13-cv-00333-RCJ-VCF |
| vs. | **MINUTE ORDER** |
| AUSTIN EUGENE LINDSEY, *et al.*, | |
| Defendants. | |

Before the Court is Defendants Austin Eugene Lindsey and Deborah L. Lindsey's Request for Telephonic Attendance of the July 16, 2014 Hearing on the Motion for Protective Order file by Plaintiffs (#83).

Defendants' counsel requests telephonic appearance at the 1:00 p.m., June 16, 2014 hearing.

IT IS HEREBY ORDERED that Defendants Austin Eugene Lindsey and Deborah L. Lindsey's Request for Telephonic Attendance of the July 16, 2014 Hearing on the Motion for Protective Order file by Plaintiffs (#83) is GRANTED.  The call in conference number is 1-702-868-4911, passcode 123456.  The call must be generated from a land line.  Counsel is advised to call five minutes prior to the hearing.

DATED this 10th day of June, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE