**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| STEPHEN WARREN, *et al.*, | |
| Plaintiffs, | 3:13-cv-00333-RCJ-VCF |
| vs. | **MINUTE ORDER** |
| AUSTIN EUGENE LINDSEY, *et al.*, | |
| Defendants. | |

Before the Court is Plaintiffs' Motion for Leave to Appear Telephonically (#90).

Plaintiffs' counsel requests telephonic appearance at the 1:00 p.m., June 16, 2014 hearing.

IT IS HEREBY ORDERED that Plaintiffs' Motion for Leave to Appear Telephonically (#90) is GRANTED. The call in conference number is 1-702-868-4911, passcode 123456. The call must be generated from a land line. Counsel is advised to call five minutes prior to the hearing.

DATED this 11th day of June, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE