# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

_____

|                                 |   |                          |
|---------------------------------|---|--------------------------|
| STEPHEN WARREN,                 | ) |                          |
|                                 | ) |                          |
| Plaintiff,                      | ) | 3:13-cv-00333-RCJ-VCF    |
|                                 | ) |                          |
| vs.                             | ) |                          |
|                                 | ) | **ORDER**                |
| AUSTIN EUGENE LINDSEY et al.,   | ) |                          |
|                                 | ) |                          |
| Defendants.                     | ) |                          |
|                                 | ) |                          |

This case arises out of an allegedly false report of theft.  Pending before the Court is a Motion for Entry of Final Judgment Pursuant to Rule 54(b) (ECF No. 126).  That motion, like the previous objection to the Bill of Costs has been rendered moot by the relevant parties' stipulation to dismiss after the Court granted summary judgment to the relevant Defendants.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion for Entry of Final Judgment Pursuant to Rule 54(b) (ECF No. 126) is DENIED as moot.

IT IS SO ORDERED.

Dated this 21st day of April, 2015.

_____
ROBERT C. JONES
United States District Judge