kn

RICHARD G. HILL, ESQ.
State Bar No. 596
SOPHIE A. KARADANIS, ESQ.
State Bar No. 12006
RICHARD G. HILL, LTD.
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

STEPHEN WARREN; STEPHEN
WARREN as guardian at litem for
TARYNN WARREN;

    Plaintiff,

v.

AUSTIN EUGENE LINDSEY, also
known as GENE LINDSEY, DEBORAH
L. LINDSEY, both individually and as
husband and wife; FOREMOST
INSURANCE COMPANY GRAND
RAPIDS MICHIGAN, a Michigan
corporation; WILLIAM BAUER, in
his capacity as Chief of Police of
the City of Carlin, Nevada,

    Defendants.

Case No.: 3:13-cv-00333-RCJ-VCF

**ORDER AND STIPULATION
DISMISSING CLAIMS OF TARYNN WARREN**

The parties agree that all claims in this case by TARYNN WARREN should be dismissed with each party to bear their own fees and costs.

///
///
///
///

LAW OFFICE
RICHARD G. HILL
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Fax(775) 348-0858

|   |   |   |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | RESPECTFULLY SUBMITTED. | |
| 3 | RICHARD G. HILL, LTD. | LEMONS, GRUNDY & EISENBERG |

*/s/ Richard G. Hill*

RICHARD G. HILL, ESQ.
SOPHIE A. KARADANIS, ESQ.
652 Forest Street
Reno, Nevada 89509
Attorneys for Plaintiffs

Dated: Feb 19, 2016

*/s/ Todd Alexander*

TODD ALEXANDER, ESQ.
6005 Plumas Street, Third Floor
Reno, Nevada 89519
Attorney for Defendants Lindsey

Dated: Feb 18, 2016

## ORDER

Upon the stipulation of counsel,

IT IS SO ORDERED.

DATED this 24th day of February, 2016.

*/s/ R. James*

U.S. DISTRICT COURT JUDGE

LAW OFFICE
RICHARD G. HILL
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Fax(775) 348-0858