```
gr
```

RICHARD G. HILL, ESQ.
State Bar No. 596
SOPHIE A. KARADANIS, ESQ.
State Bar No. 12006
RICHARD G. HILL, LTD.
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Attorney for Plaintiff

```
       FILED           RECEIVED
       ENTERED         SERVED ON
              COUNSEL/PARTIES OF RECORD

              FEB 2 4 2016

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:                          DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

STEPHEN WARREN; STEPHEN
WARREN as guardian at litem for
TARYNN WARREN;

    Plaintiff,

v.

AUSTIN EUGENE LINDSEY, also
known as GENE LINDSEY, DEBORAH
L. LINDSEY, both individually and as
husband and wife; FOREMOST
INSURANCE COMPANY GRAND
RAPIDS MICHIGAN, a Michigan
corporation; WILLIAM BAUER, in
his capacity as Chief of Police of
the City of Carlin, Nevada,

    Defendants.

Case No.: 3:13-cv-00333-RCJ-VCF

## ORDER AND STIPULATION

The parties agree that all claims in this case by STEPHEN WARREN against DEBORAH L. LINDSEY should be dismissed, with each party to bear their own fees and costs.

///

///

///

LAW OFFICE
RICHARD G. HILL
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Fax(775) 348-0858

1  IT IS SO STIPULATED.

2  RESPECTFULLY SUBMITTED.

3  RICHARD G. HILL, LTD.                    LEMONS, GRUNDY & EISENBERG

4

5  _____                  _____
   RICHARD G. HILL, ESQ.                    TODD ALEXANDER, ESQ.
6  SOPHIE A. KARADANIS, ESQ.                6005 Plumas Street, Third Floor
   652 Forest Street                        Reno, Nevada 89519
7  Reno, Nevada  89509                      Attorney for Defendants Lindsey
   Attorneys for Plaintiffs
8  Dated: 2/24/16                           Dated: 2/24/2016

## ORDER

Upon the stipulation of counsel,

IT IS SO ORDERED.

DATED this 24 day of February, 2016.

_____
U.S. DISTRICT COURT JUDGE

LAW OFFICE
RICHARD G. HILL
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Fax(775) 348-0858

2