# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*\*\*

STEPHEN WARREN; STEPHEN WARREN as guardian ad litem for TARYNN WARREN,

    Plaintiffs,

vs.

AUSTIN EUGENE LINDSEY, also known as GENE LINDSEY, DEBORAH L. LINDSEY, both individually and as husband and wife; FOREMOST INSURANCE COMPANY GRAND RAPIDS MICHIGAN, a Michigan corporation; WILLIAM BAUER, in his capacity as Chief of Police of the City of Carlin, Nevada,

    Defendants.

Case No.:   3:13-cv-00333-RCJ-VCF

## JUDGMENT ON JURY VERDICT

This matter having been tried to a jury before this Court on February 22, 2016 through February 25, 2016, and the jury having returned its verdict in favor of Defendant Austin Eugene Lindsey, judgment is hereby entered in favor of Defendant Austin Eugene Lindsey, in accordance with the jury's verdict.

Dated this 1st day of March, 2016.

By: _____
JUDGE ROBERT C. JONES

LEMONS, GRUNDY
& EISENBERG
6005 PLUMAS ST.
THIRD FLOOR
RENO, NV 89519
(775) 786-6868